UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No.: 09-34380-EPK
ROY EVERETT KNOWLES                                 Chapter 13
SSN: XXX-XX-8976
CHARLENE ANNETTE KNOWLES
SSN: XXX-XX-5926
_____Debtors.___/

CERTIFICATE OF SERVICE
and
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of [48] Objection to Claim #16-1 Filed by HSBC Consumer Lending Mortgage and Notice of Hearing scheduled for October 14, 2104 at 1:00pm were served as follows:

A copy of the referenced Objection and Notice of Hearing was served as follows: Postage prepaid on the 26th day of September, 2014 to: HSBC Consumer Lending Mortgage Services, Bankruptcy Department, 636 Grand Regency Blvd., Brandon, FL 33510; HSBC Consumer Lending Mortgage, Bankruptcy Department, P.O. Box 21188, Eagan, MN 55121-4201; HSBC Mortgage Services Inc., c/o CT Corporation System, RA, 1200 South Pine Island Road, Plantation, FL 33324; Kathryn Madison, P/D, 961 Weigel Dr., Elmhurst, IL 60126; and HSBC Mortgage Services Inc., 26525 N. Riverwoods Blvd, Tax Dept., Mettawa, IL 60045.

Office of the U.S. Trustee: USTPRegion21.MM.EDF@usdoj.gov
Robin R. Weiner: ecf@ch13weiner.com: edf2@ch13weiner.com

_____
Signature of Attorney for Serving Party

James E. Copeland, Esq.
Print Name

631 U.S. Highway One, Suite 403,
North Palm Beach, FL 33408
Address

(561)881-8989
Phone

Dated: September 26, 2014

328103
Fla. Bar No.